IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VICTORIA RIDGEWAY, | : | CIVIL ACTION |
| Plaintiff, | : | NO. 11-4157 |
| v. | : | |
| NCO FINANCIAL SYSTEMS, INC., | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 22nd day of September 2011, upon receipt of notice from Plaintiff that the above-captioned action has been settled, it is **ORDERED** that:

1. The action is DISMISSED WITH PREJUDICE AND WITHOUT COSTS, pursuant to Local Rule 41.1(b).

2. The Clerk of Court shall close the case.

BY THE COURT:

*Joel Slomsky*
JOEL H. SLOMSKY, J.